# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

|  |  |
|---|---|
| KENDALL H. BREEDLOVE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.  05-1253 |
| MATTRESS DISCOUNTERS CORPORATION, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Full or Partial Summary Judgment.  It, appearing to the Court that discovery does not close for this matter until April 2006, is hereby

ORDERED that Plaintiff's motion is DENIED at this time without any prejudice to being raised at the end of discovery.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 24, 2006