**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

```
_____
KENDALL H. BREEDLOVE,            )
                                 )
                Plaintiff,       )
V.                               )       Civil Action No. 1:05cv1253
                                 )
MATTRESS DISCOUNTERS            )
CORPORATION,                     )
                Defendant.       )
_____)
```

## ORDER

It appearing to the Court that the parties in this matter reported to the Court on May 12, 2006 that this case has been settled, it is hereby

ORDERED that this case is DISMISSED without prejudice.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 30, 2006